664 A.2d 1340

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Robert G. WEISGERBER, Respondent.

No. 7, Disciplinary Docket No. 3.
Disciplinary Board No. 16 DB 94.

Supreme Court of Pennsylvania.

Aug. 31, 1995.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of August, 1995, upon consideration of the Report and Recommendations of the Disciplinary Board dated July 25, 1995, it is hereby

ORDERED that ROBERT G. WEISGERBER, be and he is SUSPENDED from the Bar of this Commonwealth for a period of Three (3) years, retroactive to September 27, 1993, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation.